# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| TYRA OMIRIN, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BUMBLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>*Defendant.* | Civil Action No. 1:26-cv-398<br><br><br>CLASS ACTION<br>[JURY TRIAL DEMANDED] |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tyra Omirin, individually, and on behalf of all others similarly situated, and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Bumble Inc. and Does 1 through 10, inclusive.

Respectfully submitted,

**CHERRY JOHNSON SIEGMUND JAMES, PC**
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509

BY:   /s/ *Craig D. Cherry*
**CRAIG D. CHERRY**
State Bar No. 24012419
Email: ccherry@cjsjlaw.com
**TANNER R. DANIELS**
State Bar No. 24143614
Email:  tdaniels@cjsjlaw.com

**NOTICE OF VOLUNTARY DISMISSAL**                                                          **PAGE 1**

**JESENIA A. MARTINEZ** (admitted *pro hac vice*)
Cal. State Bar No. 316969
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Email: Jesenia.Martinez@wilshirelawfirm.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the parties, or the attorney(s) of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on this 7th day of April 2026.

/s/ Craig D. Cherry
CRAIG D. CHERRY